# Exhibit B
# Notice of Removal to District Court for the District of Nevada

GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
**KRAVITZ, SCHNITZER & JOHNSON, CHTD.**
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tele: (702) 362-6666
Fax: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
*Attorney for Defendant*
*LexisNexis Risk Solutions Inc.*

## EIGHTH JUDICIAL DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| ERVIN MIDDLETON,<br><br>                    Plaintiff,<br>vs.<br><br>LEXISNEXIS RISK SOLUTIONS INC.,<br><br>                    Defendant. | Case No.: A-17-756499-C<br>Dept. No.: XXX<br><br>**NOTICE BY DEFENDANT LEXISNEXIS RISK SOLUTIONS INC. OF FILING FOR REMOVAL TO THE UNITED STATES DISTRICT COURT FOR <u>THE DISTRICT OF NEVADA</u>** |

TO THE HONORABLE CLERK OF THE EIGHTH JUDICIAL DISTRICT COURT OF CLARK COUNTY, NEVADA:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446(d), Defendant LexisNexis Risk Solutions Inc. serves notice of its filing for Removal of the above-captioned case from this Court to the United States District Court for the District of Nevada.

Defendant LexisNexis Risk Solutions Inc. has filed a Notice of Removal of this action to the United States District Court for the District of Nevada, Southern Division. A copy of the Notice of Removal is attached hereto as **Exhibit A** and incorporated by reference as if fully set forth.

//

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446, the filing of a Notice of Removal in the United States District Court, together with the filing of a copy of the Notice with this Court, effects the removal of the action and this Court may proceed no further unless and until this case is remanded.

Dated: July 12, 2017

KRAVITZ, SCHNITZER & JOHNSON, CHTD.

*/s/ Gary E. Schnitzer*
Gary E. Schnitzer
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
Email: gschnizter@ksjattorneys.com
*Attorney for Defendant*
*LexisNexis Risk Solutions Inc.*

## CERTIFICATE OF SERVICE

In accordance with Rule 9 of the N.E.F.C.R., I, the undersigned hereby certify that on the 12th day of July, 2017, I served a true and correct copy of the foregoing **_NOTICE BY DEFENDANT LEXISNEXIS RISK SOLUTIONS INC. OF FILING FOR REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA_** to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case to the following:

Ervin Middleton
2375 E. Tropicana Ave. #358
Las Vegas, NV  89119

A copy of the same was placed in the U.S. Mail to:

Ervin Middleton
2375 E. Tropicana Ave. #358
Las Vegas, NV  89119

Chris Drelich
An Employee of KRAVITZ, SCHNITZER & JOHNSON, CHTD.