| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 27 2018<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: ERVIN MIDDLETON, Jr.

_____

ERVIN MIDDLETON, Jr.,

        Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS,

        Respondent,

LEXISNEXIS RISK SOLUTIONS INC.; et al.,

        Real Parties in Interest.

No. 18-70477

D.C. No. 2:17-cv-01911-JCM-CWH
District of Nevada, Las Vegas

ORDER

Before: CANBY, TROTT, and WATFORD, Circuit Judges.

    Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

    The motion to proceed in forma pauperis is denied as moot.

    No further filings will be entertained in this closed case.

    **DENIED.**

FG/MOATT